E-FILED
Friday, 04 August, 2006  10:59:05 AM
Clerk, U.S. District Court, ILCD

FILED
AUG - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. CR 06-200 48 |
| ) | |
| CORNELIUS WILSON and ) | Title 18, United States Code, |
| NATHANIEL E. TAYLOR, ) | Sections 1344. |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNTS ONE, TWO, and THREE
(Bank Fraud)

THE GRAND JURY CHARGES:

1.  In or about January and February, 2006, in Vermilion County, in the Central District of Illinois, and elsewhere,

**CORNELIUS WILSON
and
NATHANIEL E. TAYLOR,**

defendants herein, along with others both known and unknown to the grand jury, did knowingly execute and attempt to execute a scheme and artifice to defraud the First Midwest Bank, Danville, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds from the bank by false and fraudulent pretenses and representations.

2.  It was part of the scheme and artifice that WILSON and TAYLOR, along with others both known and unknown to the grand jury, obtained counterfeit checks via FedEx from Los Angeles, California purportedly drawn on the accounts of

legitimate entities, such as the Danville Family YMCA, the Office of the Circuit Clerk of Grundy County, Illinois, Goodwill of Los Angeles, California, and Norbrek LP. WILSON and others then made the counterfeit checks payable to persons, such as TAYLOR, that they had recruited to cash the counterfeit checks.

3. It was further part of the scheme and artifice that WILSON, TAYLOR, and others would drive the persons, along with the counterfeit checks, to various First Midwest Bank branches in Danville, Illinois to cash the checks, as well as to other locations in Danville to cash the checks, such as Main Package Liquor, the Currency Exchange, and Wal-Mart. The fraudulently obtained proceeds were then distributed among the participants in the scheme, including WILSON and TAYLOR. The victims of the counterfeit check scheme suffered a loss of over $30,000.

4. On or about the dates set forth below in January of 2006, in Vermilion County, in the Central District of Illinois,

**NATHANIEL E. TAYLOR,**

defendant herein, did knowingly execute a scheme and artifice to defraud the First Midwest Bank of Danville, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds from the bank by false and fraudulent pretenses and representations, in that TAYLOR passed and cashed the following checks at First Midwest Bank, knowing full well that each check was counterfeit, each such passing constituting a separate count:

| **Count** | **Date** | **Amount** | **Check #** | **Account Purportedly Drawn On** |
|---|---|---|---|---|
| **One** | 1/12 | $ 968.43 | 31613 | Office of Circuit Clerk, Grundy County, |

|       |      |          |       |                                                      |
|-------|------|----------|-------|------------------------------------------------------|
|       |      |          |       | Illinois                                             |
| Two   | 1/13 | $ 978.46 | 31615 | Office of Circuit Clerk, Grundy County, Illinois     |
| Three | 1/17 | $ 987.67 | 19879 | Danville Family YMCA                                 |

In violation of Title 18, United States Code, Section 1344(1) & (2).

### COUNTS FOUR, FIVE, and SIX
(Bank Fraud)

**THE GRAND JURY CHARGES:**

1.-4. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

5. On or about January 30, 2006, in Vermilion County, in the Central District of Illinois,

**CORNELIUS WILSON,**

defendant herein, did knowingly execute a scheme and artifice to defraud the First Midwest Bank of Danville, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds from the bank by false and fraudulent pretenses and representations, in that WILSON caused A.F. to pass and cash the following checks at First Midwest Bank, knowing full well that each check was counterfeit, each such passing constituting a separate count:

| Count | Amount    | Check # | Account Purportedly Drawn On                     |
|-------|-----------|---------|--------------------------------------------------|
| Four  | $ 994.72  | 32121   | Office of Circuit Clerk, Grundy County, Illinois |
| Five  | $ 996.83  | 32128   | Office of Circuit Clerk, Grundy County, Illinois |

3

| | | | |
|---|---|---|---|
| **Six** | $ 988.13 | 22625 | Danville Family YMCA |

In violation of Title 18, United States Code, Section 1344(1) & (2).

A TRUE BILL.

s/ Foreperson

_____
FOREPERSON

s/ Gregory Harris

_____
RODGER A. HEATON
United States Attorney

ELM