THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR06-20048 |
| | ) |
| NATHANIEL E. TAYLOR, | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Eugene L. Miller, Assistant United States Attorney, respectfully shows to this Honorable Court that NATHANIEL E. TAYLOR, Prisoner No. R51604, date of birth X/XX/76, is now confined in the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, in the custody of the Warden thereof.

NATHANIEL E. TAYLOR was named as a defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on August 25, 2006 at 2:30 p.m. for a hearing in this cause.

That it is necessary and essential that NATHANIEL E. TAYLOR be transported and maintained in the Central District of Illinois for said hearing.

That, in the interest of all parties, it is therefore necessary that NATHANIEL E. TAYLOR be transported to the Central District of Illinois and be produced at the United

States District Court, Courtroom C, 201 S. Vine Street, Urbana, Illinois, by the hour of 2:30 p.m. on August 25, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, and the United States Marshal for the Central District of Illinois, commanding them to transport the said NATHANIEL E. TAYLOR to the Central District of Illinois, and to produce the said NATHANIEL E. TAYLOR, in the United States District Court, Courtroom C, 201 S. Vine Street, Urbana, Illinois, by the hour of 2:30 p.m. on August 25, 2006, and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov