E-FILED
Wednesday, 09 August, 2006  10:25:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR06-20048 |
| ) | |
| NATHANIEL E. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that NATHANIEL E. TAYLOR, Prisoner No. R51604, date of birth XX/XX/76, is presently incarcerated in the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, it further appearing that the said NATHANIEL E. TAYLOR was named as a defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on August 25, 2006 at 2:30 p.m. for a hearing in this cause,

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said NATHANIEL E. TAYLOR, to the Central District of Illinois, and to produce the said NATHANIEL E. TAYLOR, on August 25, 2006 at 2:30 p.m. in the United States District Court, Courtroom C, 201 S. Vine Street,

Urbana, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

                                                       s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE

ENTER:    This 8th day of August, 2006.