E-FILED
Friday, 01 September, 2006 02:22:17 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     *Plaintiff* ) <br> ) <br> vs ) <br> ) <br> NATHANIEL E. TAYLOR ) <br> ) <br> Danville, IL 61832 ) <br>     *Defendant* ) | **WARRANT FOR ARREST** <br><br> CASE NO. 06-20048-002 <br><br> **FILED** <br> SEP 0 1 2006 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS <br> URBANA, IL <br><br> RECEIVED 2006 AUG -7 P 4:34 <br> U.S. MARSHALS SERV. CENTRAL ILLINOIS |

TO:    THE U. S. MARSHAL and any AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **NATHANIEL E. TAYLOR**, and bring him forthwith to the nearest magistrate judge to answer Counts 1-3 of a 6 count Indictment charging him with Bank Fraud in violation of Title 18, United States Code, Section 1344(1)&(2).

DAVID G. BERNTHAL            U.S. MAGISTRATE JUDGE
*Name of Issuing Officer*            *Title of Issuing Officer*

s/David G. Bernthal            *August 4, 2006*            Urbana, IL
*Signature of Issuing Officer*            *Date and Location*

**Bail fixed at NONE. To be determined at initial appearance.**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at I.D.O.C. Vandalia

| Date Received 8/07/06 | Name of Arresting Officer Jason Norwick | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/25/06 | Title of Arresting Officer DUSM | [signature] |

06-20048-02 warrant.wpd