E-FILED
Tuesday, 26 September, 2006  01:19:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CR06-20048 |
| ) | |
| NATHANIEL E. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that NATHANIEL E. TAYLOR, Prisoner No. R51604, date of birth XX/XX/76, is presently incarcerated in the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, it further appearing that the said NATHANIEL E. TAYLOR was named as a defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on October 20, 2006 at 10:15 a.m. for a hearing in this cause,

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said NATHANIEL E. TAYLOR, to the Central District of Illinois, and to produce the said NATHANIEL E. TAYLOR, on October 20, 2006 at 10:15 a.m. in the United States District Court, Courtroom A, 201 S. Vine Street,

Urbana, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

ENTER this 26th day of September, 2006.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE