E-FILED
Tuesday, 26 September, 2006  01:24:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR06-20048 |
| | ) |
| NATHANIEL E. TAYLOR, | ) |
| | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN OF THE ILLINOIS DEPARTMENT OF CORRECTIONS. VANDALIA WORK CAMP, VANDALIA, ILLINOIS,

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said NATHANIEL E. TAYLOR and to produce the said NATHANIEL E. TAYLOR, Prisoner No. R51604, date of birth XX/XX/76, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 10:15 a.m. on October 20, 2006, and then and there to appear in connection with this cause and then and there to present the defendant before the court and from day to day thereafter as may be necessary, and after the said NATHANIEL E. TAYLOR has so then and there appeared, that you return the said NATHANIEL E. TAYLOR to the

Illinois Department of Corrections, Vandalia Work Camp, Vandalia, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof, at the City of Urbana, this 26th day of September, 2006.

s/ John M. Waters   / kjm
_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois