US DISTRICT
IN THE ~~CIRCUIT~~ COURT OF THE Central/ ~~JUDICIAL CIRCUIT~~ Division
Urbana Division _____ COUNTY, ILLINOIS

~~PEOPLE OF THE STATE OF ILLINOIS~~ )
IN RE   USA )
~~GRAND JURY PROCEEDINGS~~ )   Case No.  06 CR 20048
vs. )
NATHANIEL E. TAYLOR )

To: Warden __BRAD ROBERT__

_____CENTRALIA CORRECTIONAL_____ Center

Re:   Offender __NATHANIEL TAYLOR__

Offender # __R51604__

## ORDER OF HABEAS CORPUS

YOU ARE HEREBY COMMANDED, pursuant to 735 ILCS 5/10-135, as amended, to have the body of the above-named offender of the Illinois Department of Corrections, imprisoned and detained by you, before the Honorable __Michael P. McCuskey__ of the ~~Circuit Court of Vermilion~~ US District Court ~~County~~, Room ~~600~~ 201 S. Vine St, Urbana, ~~_____~~, Illinois. The body aforementioned is to be brought before the Court on __October 24__ at __1:00__ p.m. __For purposes of entering a plea of guilty in his Federal Case__

Transport shall not take place until the Warden or his or her designee has been served with an original or certified copy of this order.

Enter:  s/Michael P. McCuskey
        Chief US District ~~Circuit~~ Judge

Date:   10/20/06