IN THE CIRCUIT COURT OF THE ~~_____~~ JUDICIAL CIRCUIT
*U.S. District Court*
~~COUNTY, ILLINOIS~~

~~PEOPLE OF THE STATE OF ILLINOIS~~ )
U.S.A )   Case No. 06 CR 20048
v )
Nathaniel Taylor )

Defendant

TO:   Warden John Chambers

Danville Correctional Center

3820 East Main Street

Danville, Illinois 61834

RE:   Inmate *Taylor, Nathaniel*

IDOC# *R 51604*

## ORDER OF HABEAS CORPUS

YOU ARE HEREBY COMMANDED, pursuant to 735 ILCS 5/10-135, as amended, to have the body of the above-named inmate of the Illinois Dept. of Corrections, imprisoned and detained by you, before the Honorable *Chief Judge Michael P. McCuskey*, of the ~~Circuit Court of~~ *U.S. District Court* ~~County~~, Room *A*, *201 S. Vine*, *Urbana*, Illinois.
(address)

The body aforementioned is to be brought before the Court on *Friday February 9, 2007* at *2:15* ~~a.m.~~/p.m.,
(date)

Transport shall not take place until the Warden of his/her designee has been served with an original or certified copy of this order.

Enter:   s/Michael P. McCuskey
~~Chief Circuit~~ Judge

Date:   10/24/06