# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

December 15, 2006

Clerk U.S. District Court
Central District of Illinois
Urbana Division
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

**FILED**

DEC 26 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Re:   USA v. Nathaniel T. Taylor
      Case No.  06-m-3117-DGW (SD/IL)
                06-cr-20048-002  (CD/IL)

Dear Sir:

Enclosed please find the following certified documents: Docket Sheet, Court Minutes, Order Appointing the Federal Public Defender, Waivers of Rule 5(c) Hearings, Waivers of Detention Hearing, and Commitment to Another District.

Please acknowledge receipt of these documents on the attached copy of this letter.

Thank you.

Norbert G. Jaworski, Clerk

by  s/Robin M. Butler
      Deputy Clerk

Receipt Acknowledged on _12/26_____, 2006

By:___s/ K. Marsh_____
         Deputy Clerk
NGJ/rmb

cc: All Counsel, USPO

## U.S. District Court
### Southern District of Illinois (East St. Louis)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-03117-DGW-ALL
### Internal Use Only

Case title: USA v. Taylor

Date Filed: 12/12/2006

Assigned to: Mag/Judge Donald G. Wilkerson

**Defendant**

**Nathaniel T Taylor (1)**  represented by  **William R. Stewart**
Federal Public Defender's Office - Benton
401 West Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: William_Stewart@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                             represented by   **Kit R. Morrissey**
                                                 Assistant U.S. Attorney - Fairview Heights
                                                 9 Executive Drive
                                                 Suite 300
                                                 Fairview Heights, IL 62208
                                                 618-628-3700
                                                 Email: Kit.Morrissey@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2006 | 1 | Copy of INDICTMENT and arrest warrant from CD/IL for Nathaniel Taylor (RULE 40 AFFIDAVIT) (rmb) (Entered: 12/12/2006) |
| 12/12/2006 | 2 | Minute Entry for proceedings held before Judge Donald G. Wilkerson: Initial Appearance in Rule 5(c)(3) Proceedings as to Nathaniel T Taylor held on 12/12/2006. Bill Stewart present. Defendant ordered detained and removed to CD/IL. (Court Reporter Sara Tipton-Northcutt and FTR.) (rmb) (Entered: 12/13/2006) |
| 12/12/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Nathaniel T Taylor for TODAY ONLY. Signed by Judge Donald G. Wilkerson on 12/12/06. (rmb). (Entered: 12/19/2006) |
| 12/12/2006 | 4 | WAIVER of Rule 5(c)(3) Hearings by Nathaniel T Taylor (rmb) (Entered: 12/19/2006) |
| 12/12/2006 | 5 | WAIVER of Detention Hearing by Nathaniel T Taylor (rmb) (Entered: 12/19/2006) |
| 12/12/2006 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Nathaniel T Taylor. Defendant committed to District of Central District of Illinois. Signed by Judge Donald G. Wilkerson on 12/12/06. (rmb) (Entered: 12/19/2006) |
| 12/15/2006 | 7 | RULE 40 to Central District of Illinois as to Nathaniel T Taylor (rmb) (Entered: 12/19/2006) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton                    [X] East St. Louis

[X] Initial Appearance    [] Arraignment    [] Change of Plea    [] Plea to Information
Rule 5c Removal

**CRIMINAL NO.** 06-m-3117-DGW              **DATE:**      12/12/06
U.S.A. vs. NATHANIEL TAYLOR                 **JUDGE:**     DONALD G. WILKERSON
   [X] Present   [X] Custody   [ ] Bond       **DEPUTY:**    ROBIN BUTLER
**DEFT. COUNSEL:** BILL STEWART             **REPORTER:** SARA TIPTON
   [X] Present [X] Apptd. [ ] Retained [ ] Waived   **Start Time:** 3:15 pm  **End Time:** 3:30 pm
**GOVT. COUNSEL:** Kit Morrissey

[X] Defendants sworn, Financial Affidavit Filed, Counsel Requested [X] granted    [ ] denied
   [X] Federal Public Defender appointed for today only
   [ ] Panel Attorney appointed for today only/all proceedings
[X] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[X] Defendant advised of constitutional rights.    [ ] Defendant advised of charges and penalties.
[ ] Bond set at _____ secured/unsecured. (See below for terms & conditions).
[ ] Detention hearing set for _____ at _____ before Judge_____ in East St. Louis, IL
[X] Defendants remanded to custody of U.S. Marshal

<u>The Defendants file written waivers of Rule (c) Hearing and Waivers of Detention Hearing. The Court finds that defendant is not entitled to a bond and orders the defendant detained. The Court orders the defendant removed to the Central District of Illinois.</u>

[X] Date of arrest <u>12/12/06</u>
*[X] No further notice will be given

E-FILED
Wednesday, 27 December, 2006   10:17:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim No.: 06-m-3117-DGW |
| NATHANIEL T. TAYLOR, ) | |
| Defendant. ) | |

### ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE,** the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for today only. A CJA Panel Attorney will be appointed to represent the defendant for all further proceedings.

DATED:  December 19, 2006

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

E-FILED
Wednesday, 27 December, 2006 10:18:05 AM
Clerk, U.S. District Court, ILCD

AO 466 (1/86) Waiver of Rule 5(c) Hearing (Amended to conform to Rule 5(c) Fr. Crim. P. effective December 1, 2002.)

**FILED**

# United States District Court
## SOUTHERN DISTRICT OF ILLINOIS

DEC 1 2 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA

V.

Nathaniel E. Taylor

**WAIVER OF RULE 5(c) HEARINGS**
(Excluding Probation Cases)

Case Number: 06-20048

I, Nathaniel E. Taylor, understand that in the Central District of Illinois, charges are pending alleging violation of 18 USC § 1344 (1) & (2) and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or in the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(AN):

( ✓ ) identity hearing

( ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

s/ Nathaniel Taylor
*Defendant*

Dec. 12, 2006
*Date*

s/ William Stewart
*Defense Counsel*

2:06-cr-20048-MPM-DGB    # 33-5    Page 1 of 2
Case 3:06-mj-03117-DGW    Document 5    Filed 12/12/2006    Page 1 of 2
E-FILED
Wednesday, 27 December, 2006 10:18:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 1 2 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 06-20048 |
| Nathaniel Taylor | ) ) ) ) |
| Defendant. | ) |

## WAIVER OF DETENTION HEARING

Comes now __Nathaniel E. Taylor__, the above-named defendant, by and through his or her attorney, and having been fully advised of his or her right to a detention hearing for purposes of determining whether pre-trial detention is warranted pursuant to 18 U.S.C. § 3142, hereby waives that right to a detention hearing and submits to pre-trial detention.

The defendant waives his or her right to a detention hearing with a full understanding of his or her rights under Federal Rule of Criminal Procedure 46 and the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), which include, but are not limited to the following:

1. The Government seeks the pre-trial detention of the defendant pursuant to 18 U.S.C. § 3142(e).

2. Section 3142(f) requires that the Court hold a hearing to determine if any condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person or the community. At a detention hearing:

    (A) a defendant has the right to be represented by counsel, and if financially

unable to obtain adequate representation, to have counsel appointed;

 (B) a defendant shall be afforded an opportunity to testify, to present witnesses, to cross-examine witnesses who appear at the hearing, and to present information by proffer or otherwise;

 (C) the rules concerning the admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the hearing; and

 (D) clear and convincing evidence shall be required to support detention.

3. Upon motion, the issue of detention may be reopened at any time before trial if the Court finds that information exists that was not known to the movant at the time of this waiver and that has a material bearing on the issue of detention.

4. Waiver of a detention hearing shall not be construed as modifying or limiting the presumption of innocence.

Dated: 12/12/06

s/ Nathaniel Taylor
**Defendant**

s/ William Stewart
**Attorney for Defendant**

s/ Kit Morrissey
**Attorney for the Government**

2

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern         District of         Illinois

UNITED STATES OF AMERICA
V.

NATHANIEL T. TAYLOR

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-CR-20048-002 | 06-M-3117-DGW | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18 U.S.C.   U.S.C. § 1344 (1) & (2)

**DISTRICT OF OFFENSE**
Central District of Illinois

**DESCRIPTION OF CHARGES:**

Indictment charging Bank Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/12/06                    s/ Donald G. Wilkerson
Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |