UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-20048-02 |
| ) | |
| NATHANIEL E. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

# ORDER

    Defendant appeared before the Court for an initial appearance and arraignment on August 25, 2006. At that time, he was in state custody and therefore, the question of bond or detention was not addressed. Defendant appeared before the Court on October 24, 2006, and entered a plea of guilty to Counts 1, 2, and 3 of the Indictment. At that time, he remained in state custody and the Court did not address bond or detention.

    Defendant was subsequently released from state custody and appeared before United States Magistrate Judge Donald G. Wilkerson in the Southern District of Illinois. According to the Commitment to Another District executed by Judge Wilkerson, the Government moved for detention and Defendant Taylor was detained pending a detention hearing in the Central District of Illinois.

    Defendant appeared before the Court on January 4, 2007. The Court conducted a hearing pursuant to FED. R. CRIM. P. 46(c) and 18 U.S.C. § 3143. The Court heard testimony from the Defendant, as well as arguments from counsel. According to FED. R. CIV. P. 46(c), "The Burden of establishing that the Defendant will not flee or pose a danger to any other person or to the community rests with the Defendant." 18 U.S.C. § 3143(a) requires the Defendant to meet that burden by clear and convincing evidence.

    Defendant has failed to meet the burden imposed on him. His history of non compliance with court-imposed conditions has lead the Court to conclude that the Defendant cannot be trusted to abide by conditions of bond. He has had previous terms of court supervision and probation revoked. He committed the charged offense while on probation in two felony cases. Through his past behavior, the Defendant has presented the Court with a record that fails to meet his burden.

Accordingly, he is ordered detained and remanded to the custody of the United States Marshal.

ENTER this 9th day of January, 2007.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE