UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | DOCKET NO. 06-20048-002 |
| | ) | |
| NATHANIEL E. TAYLOR | ) | |

### DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT

NOW COMES the Defendant, NATHANIEL E. TAYLOR, by counsel, John D. McFetridge, and for his response to the report filed January 4, 2007, states that he has no objection to any material information, sentencing classifications, sentencing guideline ranges or policy statements contained therein.

Respectfully submitted,
By: /s/John D. McFetridge
Manion, Devens, McFetridge & Schum, Ltd.

### PROOF OF SERVICE

I, the undersigned, being first duly sworn, depose and state that I mailed a copy of the foregoing to:

Karmen L. Coates, U.S. Probation Officer, 201 S. Vine, Urbana, IL 61802-3348

Eugene L. Miller, Assistant U.S. Attorney, 201 S. Vine, Urbana, IL 61802-3348

Nathaniel E. Taylor, DeWitt County Jail, 101 W. Washington, Clinton, IL 61727

by placing said document in an envelope properly addressed and stamped, and by mailing said envelope in a United States Post Office Box located in Danville, Illinois, on the ____ day of January, 2007.

_____

Subscribed and sworn to before me
this ____ day of January, 2007

_____
Notary Public

John D. McFetridge
Manion, Devens, McFetridge
& Schum, Ltd.
24 E. North St.
Danville, IL 61832
(217) 446-3889