# UNITED STATES DISTRICT COURT

__Southern__ District of __Illinois__

| UNITED STATES OF AMERICA<br>V.<br>NATHANIEL T. TAYLOR | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-20048-002 | 06-m-3117-DGW | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18 U.S.C.   U.S.C. §  1344(1) & (2)

**DISTRICT OF OFFENSE**
Central District of Illinois - Urbana Division

**DESCRIPTION OF CHARGES:**

Indictment charging him with Bank Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/12/06
Date                United States Judge or Magistrate Judge

FILED
FEB -7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

2006 DEC 15 P 12: 35
SOUTHERN DIST. ILLINOIS
E. ST. LOUIS, IL
RECEIVED UNITED STATES MARSHAL

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY _Robin M Butler_
Deputy Clerk
12-12-06

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 12-21-06 | Dewitt Co. Jail | 12-21-06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 2-5-07 | Steven Deatherage | |