UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 06-20048-002 |
| ) | |
| NATHANIEL E. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

**THE UNITED STATES OF AMERICA'S MOTION  
TO REDUCE SENTENCE PURSUANT TO RULE 35**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, and moves this Court to reduce the defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. In support of this motion, the United States states as follows:

1. On October 24, 2006, defendant Nathaniel E. Taylor pleaded guilty to three counts of bank fraud in violation of Title 18, United States Code, Section 1344 in the above captioned case. As part of his plea agreement, the defendant agreed to cooperate with the United States, and he did so.

2. According to the defendant's presentence report, he faced an advisory guideline range of 15 to 21 months imprisonment. On February 9, 2007, this Court sentenced the United States recommended a sentence at the bottom of the guideline range based on the defendant's cooperation. The Court sentenced the defendant to 15

months imprisonment.  At that time, the United States did not request a downward deviation from the defendant's advisory guideline sentencing range because his cooperation was not yet complete.  The defendant's cooperation was recently completed.

3. Pursuant to Rule 35(b)(1), the United States requests that this Court reduce the defendant's sentence because the defendant has provided substantial assistance in investigating or prosecuting another person and reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

4. The United States further requests that the Court set this matter for hearing so that the United States may fully inform the Court of the basis for reducing the defendant's sentence and make its recommendation.

WHEREFORE the United States respectfully requests that this Court schedule a hearing on the United States's motion to reduce the defendant's sentence pursuant to Rule 35, at which time the United States will fully inform the Court of the basis for the motion to reduce sentence and make its recommendation.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>John D. McFetridge, Esq.
>24 E. North Street
>Danville, IL 61832

>s/ Eugene L. Miller
>Eugene L. Miller, Bar No. IL 6209521
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>eugene.miller@usdoj.gov