CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Nathaniel E. Taylor | **CASE NUMBER:** 06-20048-002 |
| | Danville, IL 61832 | |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge | |
| **ORIGINAL SENTENCE DATE:** | February 9, 2007 | |
| **ORIGINAL OFFENSE:** | Bank Fraud (3 Counts) | |
| **ORIGINAL SENTENCE:** | 15 months Federal Bureau of Prisons on each of Counts 1, 2, and 3 to be served concurrently; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions include 1) No new debts; 2) Provide financial information as directed; 3) No alcohol or drugs and participate in substance abuse testing and treatment; 4) Mental health treatment; 5) No firearms; and 6) Obtain G.E.D. | |
| | **October 5, 2007**: Sentence amended to 11 months Federal Bureau of Prisons on each of Counts 1, 2, and 3 to be served concurrently with credit for time served from date of arrest; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions remain the same as above. | |
| | **October 10, 2007**: Sentence amended to 12 months and 1 day Federal Bureau of Prisons so that he may receive Federal Bureau of Prisons good time credit. Said term shall consist of 12 months and 1 day on each of Counts 1, 2, and 3, to be served concurrently with credit for time served from date of arrest; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions remain the same as above. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | October 23, 2007 | |
| **ASSISTANT U.S. ATTORNEY:** | Eugene L. Miller | |
| **DEFENSE ATTORNEY:** | John D. McFetridge (appointed) | |

**RE: TAYLOR, Nathaniel E.**                                                                 2

---

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER              NATURE OF NONCOMPLIANCE

1.   **LAW VIOLATION - POSSESSION OF A CONTROLLED SUBSTANCE**

     **MANDATORY CONDITION:** While on supervised release, the defendant shall not commit another federal, state, or local crime.

  a. On November 9, 2007, offender Taylor violated the law by possessing and using cocaine as verified by Kroll Laboratories.

  b. On December 7, 2007, offender Taylor violated the law by possessing and using cocaine as verified by Kroll Laboratories.

2.   **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED**

     **SPECIAL CONDITION #3:** You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation officer, participate in a program for substance abuse treatment, including not more than six tests per month to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.

     On November 9, 2007, offender Taylor used cocaine. On November 15, 2007, offender Taylor obtained a substance abuse evaluation at Prairie Center in Danville, Illinois. He was diagnosed as Cannabis, Cocaine, and Methamphetamine Dependent. It was recommended that he participate in Intensive Outpatient Treatment (IOP). On December 7, 2007, offender Taylor used cocaine. On December 11, 2007, due to his use of cocaine, Prairie Center amended his treatment plan to include his immediate participation in a residential substance abuse treatment program. On December 12, 2007, offender Taylor entered residential treatment at Prairie Center in Champaign, Illinois. On December 20, 2007, he was unsuccessfully discharged from residential treatment due to his non-compliant attitude and behavior. In addition, treatment staff advised that he inappropriately touched a female staff and made a sexual comment(s) to her.

**RE: TAYLOR, Nathaniel E.**                                                                                                3

**U.S. Probation Officer Recommendation:**

    **[X]**    The term of supervision should be
            **[X]**    revoked
            **[ ]**    extended for  years, for a total term of  years.

    **[ ]**    The conditions of supervision should be modified as follows:

                                                  I declare under penalty of perjury that the foregoing is true and correct.

                                                  *s/Gwen M. White*
                                                  Gwen M. White
                                                 U.S. Probation Officer
                                                 Date: December 20, 2007

GMW:jan

---

**THE COURT ORDERS:**

**[ ]**    No action

**[X]**    The issuance of a warrant

**[ ]**    The issuance of a summons

**[ ]**    Other:

    ENTER this 21st day of December, 2007.

                                                                        s/ DAVID G. BERNTHAL
                                                                        U.S. MAGISTRATE JUDGE

CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

AMENDED
3/13/08          Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| NAME/ADDRESS OF OFFENDER: | Nathaniel E. Taylor | CASE NUMBER: 06-20048-002 |
| | Danville, IL 61832 | |
| SENTENCING JUDICIAL OFFICER: | Michael P. McCuskey<br>Chief U.S. District Judge | |
| ORIGINAL SENTENCE DATE: | February 9, 2007 | |
| ORIGINAL OFFENSE: | Bank Fraud (3 Counts) | |

ORIGINAL SENTENCE: 15 months Federal Bureau of Prisons on each of Counts 1, 2, and 3 to be served concurrently; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions include 1) No new debts; 2) Provide financial information as directed; 3) No alcohol or drugs and participate in substance abuse testing and treatment; 4) Mental health treatment; 5) No firearms; and 6) Obtain G.E.D.

October 5, 2007: Sentence amended to 11 months Federal Bureau of Prisons on each of Counts 1, 2, and 3 to be served concurrently with credit for time served from date of arrest; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions remain the same as above.

October 10, 2007: Sentence amended to 12 months and 1 day Federal Bureau of Prisons so that he may receive Federal Bureau of Prisons good time credit. Said term shall consist of 12 months and 1 day on each of Counts 1, 2, and 3, to be served concurrently with credit for time served from date of arrest; followed by a five-year term of supervised release on each count to be served concurrently. Special conditions remain the same as above.

| | |
|---|---|
| TYPE OF SUPERVISION: | Supervised Release |
| DATE SUPERVISION COMMENCED: | October 23, 2007 |
| ASSISTANT U.S. ATTORNEY: | Eugene L. Miller |
| DEFENSE ATTORNEY: | John D. McFetridge (appointed) |

RE: TAYLOR, Nathaniel E.                                                          2

---

PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **LAW VIOLATION - POSSESSION OF A CONTROLLED SUBSTANCE** |

**MANDATORY CONDITION:** While on supervised release, the defendant shall not commit another federal, state, or local crime.

a.  On November 9, 2007, offender Taylor violated the law by possessing and using cocaine as verified by Kroll Laboratories.

b.  On December 7, 2007, offender Taylor violated the law by possessing and using cocaine as verified by Kroll Laboratories.

2.  **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED**

**SPECIAL CONDITION #3:** You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation officer, participate in a program for substance abuse treatment, including not more than six tests per month to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.

On November 9, 2007, offender Taylor used cocaine. On November 15, 2007, offender Taylor obtained a substance abuse evaluation at Prairie Center in Danville, Illinois. He was diagnosed as Cannabis, Cocaine, and Methamphetamine Dependent. It was recommended that he participate in Intensive Outpatient Treatment (IOP). On December 7, 2007, offender Taylor used cocaine. On December 11, 2007, due to his use of cocaine, Prairie Center amended his treatment plan to include his immediate participation in a residential substance abuse treatment program. On December 12, 2007, offender Taylor entered residential treatment at Prairie Center in Champaign, Illinois. On December 20, 2007, he was unsuccessfully discharged from residential treatment due to his non-compliant attitude and behavior. In addition, treatment staff advised that he inappropriately touched a female ~~staff~~ resident and made a sexual comment(s) to her.

RE: TAYLOR, Nathaniel E.                                                                                         3


U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be
           [X]    revoked
           [ ]    extended for  years, for a total term of  years.

    []    The conditions of supervision should be modified as follows:


                                         I declare under penalty of perjury that the
                                         foregoing is true and correct.

                                         *s/Gwen M. White*
                                         Gwen M. White
                                         U.S. Probation Officer
                                         Date: December 20, 2007

GMW:jan

---

THE COURT ORDERS:

[ ]    No action

[X]    The issuance of a warrant

[ ]    The issuance of a summons

[ ]    Other:


ENTER this 21st day of December, 2007.

                                                          s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE