# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 DEC 26  P 4:06
US MARSHALS SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | ) ) ) | WARRANT FOR ARREST |
| vs | ) ) ) | |
| NATHANIEL E. TAYLOR | ) ) | CASE NO. 06-20048-02 |
| Danville, IL  61832<br>*Defendant* | ) ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest NATHANIEL E. TAYLOR, and bring him forthwith to the nearest magistrate judge to answer a Petition for Offender Under Supervision charging him with violation of conditions of supervised release in violation of Title 18, United States Code, Section 3606.


DAVID G. BERNTHAL                    U.S. MAGISTRATE JUDGE
*Name of Issuing Officer*             *Title of Issuing Officer*

s/ David G. Bernthal

                                      December 21, 2007        Urbana, IL
*Signature of Issuing Officer*        *Date and Location*


Bail fixed at NONE. To be determined at initial appearance.


### RETURN
This warrant was received and executed with the arrest of the above named defendant at  Danville

| Date Received 12/26/07 | Name of Arresting Officer  Jason Norwick | Signature of Arresting Officer |
| Date of Arrest  03/18/08 | Title of Arresting Officer  DUSM | |

FILED
MAR 1 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

06-20048-02 warrant.wpd